UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Anthony Allen

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 545   ( PMH ) ( )

Defendant _____Anthony Allen_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

__X_   Initial Appearance Before a Judicial Officer

__X_   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X_   Bail/Detention Hearing

___   Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

ANTHONY ALLEN
Print Defendant's Name

_____
Defendant's Counsel's Signature

MICHAEL K. BURKE
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2/3/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge
(Judith C. McCarthy)