UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA                     :
                                             :
v.                                           :        **SCHEDULING ORDER**
                                             :
**Anthony Allen,**                           :
        Defendant.           :        7-20-cr-0545-4 PMH
                                             :
------------------------------------------------------------x

       The Court has scheduled a **Guilty Plea** on **February 14, 2022 at 2:30 p.m.** in courtroom 520 at the White Plains Courthouse.

       Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's website. Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the enter requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: February 4, 2022                SO ORDERED:

                                                    Philip M. Halpern, U.S.D.J